**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**OSCAR TOWNER, #68275**                                                **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO.1:03CV618-DMR-JMR**

**DOLAN WALLER, Warden; and**
**MIKE MOORE, Attorney General**                              **RESPONDENTS**

## FINAL JUDGMENT

As all the claims and the rights and liabilities as to all of the parties have been adjudicated

by an Order entered by this Court in the above captioned cause, incorporated herein by reference,

and the entry of a final judgment having been ordered therein,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that a Final Judgment be and

hereby is entered in this cause in accordance with Rules 54(b) and 58 of the Federal Rules of

Civil Procedure as all the claims and the rights and liabilities as to all of the parties have been

adjudicated and this cause is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the ____28th_____ day of August, 2006.

_/S/_  **DAN M. RUSSELL, JR.**
**UNITED STATES DISTRICT JUDGE**